PAUL GORDON v. PASSAIC TOWNSHIP BOARD
OF EDUCATION.

September 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. GERALD STEWART.

September 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN C. STONE.

September 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. TITO CASTRO.

September 16, 1986.

Petition for certification denied.